THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR18-5605RAJ |
| Plaintiff, ) | |
| ) | ORDER FOR RELEASE |
| v. ) | |
| JACOB WILSON, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED:

(1) that the defendant be released from the Federal Detention Center at 6:30 a.m. on Thursday, September 5, 2019, to the custody of his brother, Jordan Young, or his attorney, Corey Endo;

(2) that upon his release the defendant is subject to the terms of the Appearance Bond entered on August 16, 2019.

DATED this 4th day of September, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER FOR RELEASE
(*United States v. Wilson*, CR18-5605RAJ)- 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**