Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JACOB WILSON,<br><br>    Defendant. | No. CR18-5605RAJ<br><br>ORDER DIRECTING RELEASE OF DEFENDANT FROM CUSTODY |

The Court releases Defendant from the Federal Detention Center by 9:00 a.m. on Friday, March 20, 2020, to the custody of his brother, Jordan Young.

Defendant's Appearance Bond entered August 16, 2019, is modified to add the following condition:

> The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant is restricted to his residence at all times except for medical necessities and court appearances, or other approved activities. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.

ORDER – 1

Additionally, Defendant will have daily contact with his probation officer via text or as otherwise directed. All other conditions of the Appearance Bond remain in full force and effect.

DATED this 18th day of March, 2020.

The Honorable Richard A. Jones
United States District Judge