The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JACOB DAVID WILSON,<br><br>Defendant. | NO. CR18-5605 RAJ<br><br>**ORDER TERMINATING DEFENDANT'S PARTICIPATION IN DREAM PROGRAM AND DISMISSING CRIMINAL CHARGE BASED ON SUCCESSFUL COMPLETION OF DREAM PROGRAM** |

On May 9, 2019, the Defendant entered a guilty plea to an Indictment charging him with distributing heroin. Dkt. No. 14. The plea was entered pursuant to a plea agreement. Dkt. No. 33. Following entry of his guilty plea, the Defendant was accepted to participate in the Drug Reentry Alternative Model (DREAM) program. The Defendant executed a contract memorializing his acceptance and participation in the program. Dkt. No. 63.

The DREAM Executive Review Team, including the undersigned United States District Judge, have determined that the Defendant has successfully complied with the program requirements set forth in the DREAM contract. Having made this determination, the Court hereby orders that:

1. Defendant's participation in the DREAM program is terminated;

ORDER TERMINATING DEFENDANT'S PARTICIPATION IN DREAM PROGRAM AND DISMISSING CHARGE
*WILSON*/CR18-5605RAJ - 1

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. On Defendant's request, his previously entered guilty plea is withdrawn pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B), with the Court finding a fair and just reason having been demonstrated by Defendant's successful completion of the DREAM program; and

3. On motion of the government under Federal Rule of Criminal Procedure 48(a), the criminal charge filed against the Defendant in the above-captioned case is dismissed with prejudice with good cause having been shown by Defendant's successful completion of the DREAM program.

DATED this 23rd day of July 2021.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge
Western District of Washington
DREAM Judicial Officer

ORDER TERMINATING DEFENDANT'S PARTICIPATION
IN DREAM PROGRAM AND DISMISSING CHARGE
*WILSON/*CR18-5605RAJ - 2

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970